UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| EDWARD KINER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | 1:03-cv-164-JDT-TAB |
| | ) | |
| CHRIS NEWMAN, NANCY JONES, and | ) | |
| CHARLES BOLLINGER (as Sheriff of | ) | |
| Parke County, Indiana), | ) | |
| | ) | |
| Defendants. | ) | |

# J U D G M E N T

The court, finding that all claims in this action have now been resolved by written entries, oral rulings and the jury verdicts,

**IT IS THEREFORE ADJUDGED** that:

1. Judgment is entered for the defendants and against the plaintiff as to the plaintiff's claims asserted directly under the Indiana Constitution;

2. Judgment is entered for defendants Chris Newman and Nancy Jones and against the plaintiff as to claims asserted under Indiana state law against these defendants in their individual capacities;

3. Consistent with the jury's verdict, judgment is entered for the defendants and against the plaintiff as to all claims asserted pursuant to 42 U.S.C. § 1983;

4. Consistent with the jury's verdict, judgment is entered for the plaintiff and against defendant Charles Bollinger as Sheriff of Parke County, Indiana in the amount of One Dollar ($1.00) as to the claim of battery under Indiana state law;

5. Consistent with the jury's verdict, judgment is entered for the plaintiff and against defendant Charles Bollinger as Sheriff of Parke County, Indiana in the amount of One Dollar ($1.00) as to the claim of assault under Indiana state law;

6.      Consistent with the jury's verdict, judgment is entered for the plaintiff and against defendant Charles Bollinger as Sheriff of Parke County, Indiana in the amount of Two Hundred Fifty Dollars ($250.00) as to the claim of negligence under Indiana state law; and

7.      The costs of this action are awarded in favor of the plaintiff.

Date: 03/09/2006

John Daniel Tinder, Judge
United States District Court

Laura Briggs, Clerk
United States District Court

By: Deputy Clerk

Distribution:

Cynthia A. Bedrick
DELANEY & DELANEY
cindy@delaneylaw.net

Kathleen Ann DeLaney
DELANEY & DELANEY LLC
kathleen@delaneylaw.net

Craig Morris McKee
WILKINSON GOELLER MODESITT WILKINSON & DRUMMY
cmmckee@wilkinsonlaw.com